### PEOPLE v. KELLY et al.

(Common Pleas of New York City and County, General Term.   April 2, 1894.)

James Kelly and John Von Glahn move to vacate judgment entered on a forfeited recognizance.   See 22 N. Y. Supp. 775.
A. J. Hochstadter, for defendant.

v.28 N.Y.S. no.10—72

DALY, C. J.   The communication from the Society for the Prevention of Cruelty to Children shows that there is some inaccuracy in the statement as to the prosecution of James Kelly, and the alleged withdrawal of the charge by the society.   As the original papers are said to be mislaid, proof of the facts alleged may be taken before the court at special term, and presented to the next general term.   The certificates of the court of special sessions must be produced.